

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone:  860.240.3200 | Phone:  203.773.2140 | Phone:  203.579.5861 |
| Fax:  860.240.3211 | Fax:  203.773.2334 | Fax:  203.579.5867 |

October 10, 2019

### NOTICE TO COUNSEL

**IN RE:  Clinton Nurseries, Inc.**

**BANKRUPTCY FILE NUMBER:  17-31897**

**CIVIL DOCKET NUMBER: 3:19-cv-01433-JAM**

A record on appeal in the above-entitled matter was transmitted to the District Court by the U.S. Bankruptcy Court on October 10, 2019 and entered on the docket on October 10, 2019 pursuant to Bankruptcy Rules.

The appellant and appellee shall serve and file their briefs pursuant to Bankruptcy Rule 8018.

Thereafter, the matter will be scheduled for disposition by this court as soon as possible.

ROBIN D. TABORA, CLERK

By:  /s/ N Fanelle
     Deputy Clerk